NOV 2 1 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TEDDY VOLKSWAGEN OF THE BRONX, LLC,

          Plaintiff,

  -against-

PHILLIP DEMERSKY,

          Defendant.
-------------------------------------------------------------X

Case No.:
1:19-cv-2337 (AJN) (SN)

**RULE 502(D) ORDER**

1.    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2.    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

Dated: Lake Success, New York
       October 4, 2019

Emanuel Kataev, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042-1073
(516) 328-8899

*Counsel for Plaintiff*

Dated: Florida, New York
       October 4, 2019

Joseph J. Ranni, Esq.
Ranni Law Firm
148 North Main Street
Florida, New York 10921-1101
(845) 651-0999

*Counsel for Defendant*

Dated: New York, New York
     ~~October~~ Nov 21, 2019

SO ORDERED

_____

CC: All parties of record (via ECF)

---

Nothing in this Order affects the parties' obligation to comply with Rule 4 of the Court's Individual Practices in Civil Cases governing redactions and filing under seal, or with any of the Court's other Individual Practices as relevant.
SO ORDERED. AJN