UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teddy Volkswagen of the Bronx, LLC,

    Plaintiff,

–v–

Phillip Demersky, *et al.*,

    Defendants.



19-cv-02337 (AJN)

DEC 2 3 2019

ORDER

ALISON J. NATHAN, District Judge:

    According to the Court's August 2, 2019 order in the above-captioned matter, a post-discovery status conference is scheduled for January 10, 2020 at 3:00 p.m. In light of this deadline, it is hereby ORDERED that by January 6, 2020, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

SO ORDERED.

Dated: December 22, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge