UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teddy Volkswagen of the Bronx, LLC,

    Plaintiff,

—v—

Phillip Demersky,

    Defendant.

19-cv-2337 (AJN)

ORDER

JAN 1 3 2020

ALISON J. NATHAN, District Judge:

As stated at the January 10, 2020 Status Conference in this matter, the parties are ORDERED to complete discovery in this matter no later than February 14, 2020. No further extensions of discovery-related deadlines will be granted. The parties are ordered to submit any summary-judgment motion no later than February 28, 2020.

SO ORDERED.

Dated: January 13, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge