UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teddy Volkswagen of the Bronx, LLC,

      Plaintiff,

—v—

Phillip Demersky,

      Defendant.

19-cv-2337 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As discussed at the January 10, 2020 Status Conference in this matter, the parties were scheduled to attend a mediation conference on January 23, 2020. The Court has been advised that "the court-ordered mediation in this case was not held as one or both parties failed, refused to attend, or refused to participate in the mediation." Dkt. No. 30. Two other mediations in this matter, scheduled for November 18, 2019 and January 20, 2019, were also not held at the parties' request.

The parties are ordered to submit a joint status letter, no later than January 31, 2020, explaining why the mediation conference was not held, if they intend to reschedule, and if they instead seek referral to Magistrate Judge Netburn for purposes of settlement.

SO ORDERED.

Dated: January 28, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge