UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TEDDY VOLKSWAGEN OF THE BRONX, LLC,

**Case No.:** 1:19-cv-2337 (AJN) (SN)

                Plaintiff,

    -against-

PHILLIP DEMERSKY,

                Defendant.
-----------------------------------------------------------------X

### DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

**EMANUEL KATAEV, ESQ.**, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and I am an associate of Milman Labuda Law Group PLLC, attorneys for the Plaintiff in this case.

2. I respectfully submit this declaration in support of Plaintiff's motion for judgment on the pleadings (the "Motion"), and to supply this Court with exhibits relevant to is determination of the Motion consistent with this Court's Individual Practices in Civil Cases.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's complaint dated March 15, 2019, docket entry 1 in the instant case.

4. Attached hereto as Exhibit B is a true and correct copy of Defendant's answer with counterclaim dated May 16, 2019, docket entry 10 in the instant case.

Dated: Lake Success, New York
         February 5, 2020

                                                                        /s
                                                      **EMANUEL KATAEV**