

**Joseph J. Ranni, LL.M.**
Attorney at Law
ADMITTED IN
NEW YORK, NEW JERSEY,
PENNSYLVANIA AND FLORIDA

<u>By ECF</u>

April 2, 2020

Honorable Sarah Netburn
U.S. District Courthouse
Southern District of New York
40 Foley Street, Courtroom 430
New York, New York 10007

    Re:    **Teddy Volkswagen of the Bronx, LLC v. Phillip Demersky**
              **Case No.: 1:19-cv-2337 (AJN) (SN)**

Dear Judge Netburn:

    As you are aware our office represents the Defendant in connection with the above action.

    Due to circumstances relating to COVID-19, Defendant respectfully seek a twenty (20) day extension to oppose Plaintiff's Rule 12 motion.   Plaintiff has consented.

    My counsel assisting in the motion became ill.  Still adjusting to remote working as well.

    Please contact our offices if there is any additional information or documentation that may be helpful to the Court's review.  Thank you for your time, attention and consideration of this matter.

                                    Sincerely,

                                    *Joseph J. Ranni*

                                    Joseph J. Ranni

cc:  Emanuel Kataev, Esq. (via ECF)