UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**TEDDY VOLKSWAGON OF THE BRONX, LLC,**

                      **Plaintiff,**

     -against-

**PHILLIP DEMERSKY,**

                      **Defendant.**

-----------------------------------------------------------------X

19-CV-2337 (AJN)(SN)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2020

**SARAH NETBURN, United States Magistrate Judge:**

Defendant's request for an extension of time is GRANTED. Defendant shall file his opposition to Plaintiff's motion for judgment on the pleadings by April 20, 2020. Plaintiff's reply, if any, is due April 27, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 7, 2020
                New York, New York