UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/20

Teddy Volkswagen of the Bronx, LLC,

            Plaintiff,

–v–

Phillip Demersky,

            Defendant.

19-cv-2337 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' joint letter regarding scheduling a trial. Dkt. No. 64. A bench trial in this matter is hereby scheduled to commence on **April 19, 2020**. The parties' pretrial submissions are due **March 10, 2020**. If the parties seek an earlier trial date, they may consider consenting to the Magistrate Judge for all purposes.

    The Court will contact the parties closer to the trial date to schedule a final pre-trial conference and to determine whether trial will be conducted remotely via videoconference or in person. At present and at least until January 15, 2021, there are no in-person proceedings permitted in the Courthouse. *See* Suspension of In Person Operations (20 MISC 622) (November 30, 2020), available at https://www.nysd.uscourts.gov/sites/default/files/2020-11/20mc622%20Standing%20Order.pdf.

    In advance of trial, the parties must engage in an additional good-faith effort at settlement. On or before January 15, 2021, counsel shall submit a joint letter indicating whether the seek a referral to the Magistrate Judge or the Mediation Program.

SO ORDERED.

Dated: December 3, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge