UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/21

Teddy Volkswagen of the Bronx,

          Plaintiff,

–v–

Phillip Demersky,

          Defendants.

19-cv-2337 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' pretrial submissions, Dkt. No. 72-75, and Plaintiff's request for an extension of time of two weeks to complete its submissions, Dkt. No. 76. Plaintiff's request is granted. Plaintiff's response to Defendant's motion *in limine* is due June 4, 2021 and Defendant may file a reply by June 11, 2021.

SO ORDERED.

Dated: May 25, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge