UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teddy Volkswagen of the Bronx,

                Plaintiff,

–v–

Phillip Demersky,

                Defendant.

19-cv-2337 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' June 2, 2021 letter. Dkt. No. 78. In order to respond to the questions raised in letter, the court requires a conference. Counsel are ordered to appear on June 7, 2021 at 11:00 A.M. in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    The Court had originally ordered that Plaintiff file its final pretrial submissions on June 4, 2021. That deadline is adjourned to June 10, 2021. The deadline for Plaintiff to respond to the motion *in limine* is still June 4, 2021 and Defendant's reply, if any, is still due June 11, 2021.

    SO ORDERED.

Dated: June 4, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1