UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/21

| | |
|---|---|
| Teddy Volkswagen of the Bronx, | |
| Plaintiff, | |
| –v– | 19-cv-2337 (AJN) |
| Phillip Demersky, | ORDER |
| Defendants. | |

ALISON J. NATHAN, District Judge:

Yesterday the Supreme Court issued a decision in *Van Buren v. United States*, 593 U.S. ___ (2021) that interpreted the scope of the Computer Fraud and Abuse Act of 1986. The parties should be prepared to discuss at the conference on June 7, 2021, what impact, if any, the Supreme Court's decision in *Van Buren* has on this case.

SO ORDERED.

Dated: June 4, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1