USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/21



**Joseph J. Ranni, LL.M.**  Attorney at Law
Admitted in New York, New Jersey, Pennsylvania and Florida

June 7, 2021

Honorable Alison J. Nathan
U.S. District Courthouse
Southern District of New York
40 Foley Street, Courtroom 2102
New York, New York 10007

   **Re:**  **Teddy Volkswagen of the Bronx, LLC v. Phillip Demersky**
      **Case No.: 1:19-cv-2337 (AJN) (SN)**

Dear Judge Nathan:

  As the Court is aware, our office represents in above Defendant in the above matter.

  My apologizes to the Court, I am in an all-day video deposition today and tomorrow, I respectfully request the Court Conference scheduled for today at 11 a.m. be adjourned.

  Plaintiff's counsel was on his way to the conference and takes no position of this request.

  Please contact our offices if there is any additional information or documentation that may be helpful to the Court's review. Thank you for your time, attention and consideration of this matter.

**DENIED.**

*[signature: Alison J. Nathan]*

6/7/21

Sincerely,

*Joseph J. Ranni*

Joseph J. Ranni