USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teddy Volkswagen of the Bronx,

        Plaintiff,

–v–

Phillip Demersky,

        Defendant.

19-cv-2337 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As stated on the record at today's conference, the Court orders the following:

    The parties are not required to submit witness declarations. All witnesses will provide direct testimony at trial.

    The Defendant's motion *in limine* to exclude the maintenance contracts on authentication grounds (Dkt. No. 73) is denied without prejudice for renewal of the objections at trial. The Defendant must submit a letter by **June 14, 2021** if he intends to make an objection on the grounds of timeliness.

    The parties are to resubmit their Proposed Findings of Fact and Conclusions of Law by **June 14, 2021**. The parties should take into account the Supreme Court's decision in *Van Buren v. United States*, 593 U.S. ____ (2021).

    This case has been referred to Magistrate Judge Netburn for general pretrial management, including settlement. The parties are encouraged to participate in a settlement conference with Judge Netburn prior to trial.

1

SO ORDERED.

Dated: June 7, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge