UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TEDDY VOLKSWAGEN OF THE BRONX, LLC,

                  Plaintiff,

-against-

PHILLIP DEMERSKY,

                  Defendant.
------------------------------------------------------------------X

**Case No.:**
1:19-cv-2337 (AJN) (SN)

**PLAINTIFF'S
TRIAL EXHIBITS
CONFIDENTIAL SUBMISSION**

    Plaintiff respectfully submits that this exhibit is confidential pursuant to the so Ordered Stipulation and Order of Confidentiality.  See Docket Entry 23.  As such, this exhibit shall be submitted via ECF as an *ex parte* submission with a courtesy copy of the filing submitted to Defendant via email.

Dated: Lake Success, New York
       June 10, 2021

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

__/s Emanuel Kataev, Esq._____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Plaintiff*

**VIA ECF & E-MAIL**
Ranni Law Firm
<u>Attn</u>: Joseph J. Ranni, Esq.
148 North Main Street
Florida, NY 10921-1101
(845) 651-0999 (office)
(845) 651-5111 (facsimile)
joeranni@rannilaw.com