USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teddy Volkswagen of the Bronx,

        Plaintiff,

—v—

Phillip Demersky,

        Defendants.

19-cv-2337 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Final Pretrial Conference in this matter scheduled for June 14, 2021 is adjourned to June 21, 2021 at 3:00 P.M.

SO ORDERED.

Dated: June 14, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge