AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Teddy Volkswagen of the Bronx LLC )
*Plaintiff* )
v. ) Case No. 19-cv-2337
Phillip Demersky )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: 06/15/2021

*Attorney's signature*

Michael J. Mauro, Esq.
*Printed name and bar number*
Milman Labuda Law Group PLLC
3000 Marcus Ave. Suite 3W8
Lake Success, NY 11042

*Address*

michael@mllaborlaw.com
*E-mail address*

(516) 328-8899
*Telephone number*

(516) 328-0082
*FAX number*