# RANNI ⚖ LAW FIRM

**Joseph J. Ranni, LL.M.** Attorney at Law
Admitted in New York, New Jersey, Pennsylvania and Florida

<u>By NYSECF</u>

July 15, 2021

Honorable Sarah Netburn
U.S. District Courthouse
Southern District of New York
40 Foley Street, Courtroom 430
New York, New York 10007

     **Re:**    **Teddy Volkswagen of the Bronx, LLC v. Phillip Demersky**
             **Case No.: 1:19-cv-2337 (AJN) (SN)**

Dear Judge Netburn:

As you are aware our office represents the Defendant in connection with the above action.

With the consent of Plaintiff counsel, Defendant respectfully request an adjournment of the schedule conference for Monday, July 19th.  Counsel is engaged in Court Order deposition in the Eastern District Court.  Both parties are available early afternoon on Tuesday, July 20th and Wednesday July 21st.

Please contact our offices if there is any additional information or documentation that may be helpful to the Court's review.  Thank you for your time, attention and consideration of this matter.

Sincerely,

*Joseph J. Ranni*

Joseph J. Ranni

cc:  Emanuel Kataev, Esq. (via ECF)