UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TEDDY VOLKSWAGON OF THE BRONX, LLC,

                              Plaintiff,

      -against-

PHILLIP DEMERSKY,

                              Defendant.

-----------------------------------------------------------------X

19-CV-2337 (AJN) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The conference previously scheduled for Monday, July 19, 2021, at 10:00 a.m. is RESCHEDULED to Wednesday, July 21, 2021, at 11:00 a.m. At that time, the parties shall call in to the Court's dedicated teleconferencing line.

    The Court has also received Defendant's letter seeking the temporary suspension of his obligations pursuant to the settlement agreement. See ECF No. 104. That request is granted pending further determination by the Court at the rescheduled conference on July 21, 2021.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:    July 16, 2021
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/2021