**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TEDDY VOLKSWAGEN OF THE BRONX, LLC,

                Plaintiff,

  -against-                                      19 **CIVIL** 2337 (AJN)(SN)

                                                       **JUDGMENT**

PHILLIP DEMERSKY,

                Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated July 12, 2022, Plaintiff's motion for judgment is granted. Judgment is entered for Plaintiff and against the defendant in the amount of $27,500.00.

**Dated:**  New York, New York

      July 12, 2022

                                                             **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                **BY:**      *K. Mango*
                                                             **Deputy Clerk**